Lawrence J. Semenza, III, Esq., Bar No. 7174
Email: ljs@skrlawyers.com
Christopher D. Kircher, Esq., Bar No. 11176
Email: cdk@skrlawyers.com
Jarrod L. Rickard, Esq., Bar No. 10203
Email: jlr@skrlawyers.com
Katie L. Cannata, Esq., Bar No. 14848
Email: klc@skrlawyers.com
SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Ste. 150
Las Vegas, Nevada 89145
Telephone:  (702) 835-6803
Facsimile:   (702) 920-8669

*Attorneys for Plaintiff Wynn Las Vegas, LLC
d/b/a Wynn Las Vegas*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WYNN LAS VEGAS, LLC d/b/a WYNN LAS VEGAS, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>COMMONWEALTH EQUITY SERVICES, LLC, a Massachusetts Limited Liability Company,<br><br>Defendant. | Case No.:   2:22-cv-00093-GMN-EJY<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiff Wynn Las Vegas, LLC d/b/a Wynn Las Vegas ("Plaintiff") and Defendant Commonwealth Equity Services, LLC ("Defendant") (together, the "Parties"), by and through their undersigned counsel of record, hereby stipulate to the following:

1. Plaintiff's Complaint shall be dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

2. This stipulation is intended to dismiss all the claims between Plaintiff and

1

Defendant and result in the dismissal of this action in its entirety; and

     3.    A scheduling order/discovery plan has been issued in this case (ECF No. 11), but a trial date has not been set.

| DATED this 26th day of May, 2022. | DATED this 26th day of May, 2022. |
|---|---|
| SEMENZA KIRCHER RICKARD | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
| */s/ Lawrence J. Semenza, III* | */s/ Ogonna M. Brown* |
| Lawrence J. Semenza, III, Esq., Bar No. 7174<br>Christopher D. Kircher, Esq., Bar No. 11176<br>Jarrod L. Rickard, Esq., Bar No. 10203<br>Katie L. Cannata, Esq., Bar No. 14848<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145 | Ogonna M. Brown, Esq., Bar No. 7489<br>3393 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br><br>*Attorneys for Defendant Commonwealth Equity Services, LLC* |
| *Attorneys for Wynn Las Vegas, LLC d/b/a Wynn Las Vegas* | |

### ORDER

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the Clerk is instructed to close the case.

Dated this __26__ day of May, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

2